writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Grover T. Owens, S. Lasker Ehrman,* and *E. L. McHaney, Jr.* for petitioner. *Mr. G. W. Hendricks* for respondents.

No. 129. GENERAL AMERICAN TANK CAR CORP. *v.* EL DORADO TERMINAL CO. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Allan P. Matthew* and *John O. Moran* for petitioner. *Mr. W. F. Williamson* for respondent.

No. 151. DEPUTY ET AL. *v.* DUPONT. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Jackson* for petitioners. *Messrs. George Wharton Pepper* and *James S. Y. Ivins* for respondent.

No. 152. CHANNAN SINGH *v.* HAFF, DISTRICT DIRECTOR OF IMMIGRATION. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Marshall B. Woodworth* for petitioner. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 176. HAGGAR COMPANY *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Lloyd E. Elliott* for petitioner. *Solicitor General Jackson* for respondent.